**Order filed December 9, 2022**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-22-00019-CV
_____

**BAYTOWN AGAPE COMMUNITY SERVICES, INC., Appellant**

**V.**

**CITY OF BAYTOWN, Appellee**

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-18127**

---

## O R D E R

The clerk's record was filed March 15, 2022. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Order Vacating Judgment and Reviving Tax Suit, signed October 18, 2022; and Final Judgment signed October 18, 2022.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **December 19, 2022**, containing the above items.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM


Panel Consists of Justices Wise, Jewell, Poissant.